

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 17, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2024
```

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

      Re:    *Chen et al. v. Vilsack et al.*,
              No. 23 Civ. 1440 (VEC)

Dear Judge Caproni:

      This Office represents defendants Tom Vilsack, Secretary of the U.S. Department of Agriculture ("USDA"), and Dr. Tameka Owens, Acting Administrator of the USDA Food and Nutrition Service, in the above-referenced matter. Pursuant to the Court's order dated July 16, 2024 (ECF No. 49), the parties are directed to file a joint letter by tomorrow, September 18, 2024, "submitting a proposed schedule for briefing on cross-motions for summary judgment or [a] proposed case management plan for discovery or supplementation of the administrative record."

      Respectfully, and with plaintiffs' consent, we write to request an extension of the deadline for the parties' joint letter to Friday, September 27, 2024. This is the first request for an extension of this deadline. We make this request because the parties require additional time to complete their discussions concerning both the administrative record and a proposed briefing schedule.

We apologize for the timing of this letter and thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Counsel for Defendants*

By:   */s/ Christopher K. Connolly*
CHRISTOPHER K. CONNOLLY
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2761
christopher.connolly@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)

---

Application GRANTED. The parties' deadline to file a joint letter submitting a proposed schedule for briefing on cross-motions for summary judgment or proposed case management plan for discovery or supplementation of the administrative record is extended from Wednesday, September 18, 2024, to **Friday, September 27, 2024**.

SO ORDERED.

9/17/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE