# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
HAIYAN CHEN, KENYA WATSON, S.O.,
GERTRUDE CRIBBS, HANA BROOME, and
MEI IENG LEE, individually, and on behalf of all
similarly situated,

                Plaintiffs,                23 **CIVIL** 1440 (VEC)

    -against-                            **<u>JUDGMENT</u>**

BROOKE L. ROLLINS, in her official capacity as
Secretary of the U.S. Department of Agriculture
(USDA), and JAMES C. MILLER, in his official
capacity as Acting Administrator of the USDA
Food and Nutrition Service.

                Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 28, 2025, Plaintiffs' motion for summary judgment is DENIED, and Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      August 28, 2025

                                                **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                             **BY:**
                                                  **Deputy Clerk**